**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

STEVEN COLLINS,

    Petitioner,

vs.                                      Case No.: 5:05cv221/MCR/EMT

JACK SAPP,

    Respondent.

_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated March 27, 2007. Petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of any timely filed objections.

    Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2. The petition for writ of habeas corpus (Doc. 1) is **DENIED**.

**DONE AND ORDERED** this 9th day of May, 2007.

                                            *s/ M. Casey Rodgers*
                                            **M. CASEY RODGERS
                                            UNITED STATES DISTRICT JUDGE**